UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LANA KROMSOVA,

        Plaintiff,

    v.

ADAM SAUL,

        Defendant.

Case No. 20-cv-04603-RS

**ORDER TO SHOW CAUSE**

Plaintiff sought and obtained three extensions of time to file her opening brief in this matter, the last of which expired nearly four months ago. Within one week of the date of this order, plaintiff shall show cause, if any, why this matter should not be dismissed for failure to comply with the scheduling order and failure to prosecute. In the event plaintiff does not respond, the matter will be dismissed without further notice.

**IT IS SO ORDERED**.

Dated: August 23, 2021

RICHARD SEEBORG
Chief United States District Judge