```
STEPHANIE HINDS, CSBN 154284
Acting United States Attorney
DEBORAH L. STACHEL, CSBN 230138
Regional Chief Counsel
JENNIFER L. TARN, CSBN 240609
Special Assistant United States Attorney
       Social Security Administration
       160 Spear Street, Suite 800
       San Francisco, CA 94105
       Telephone: (510) 970-4861
       Facsimile: (415) 744-0134
Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANA KROMSOVA,<br><br>        Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,[1]<br><br>        Defendant. | No. 3:20-cv-04603-RS<br><br>STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT |

       IT IS HEREBY STIPULATED by the parties, through their undersigned counsel, and with the approval of the Court, that this action be remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for a new decision. The Appeals Council will instruct the ALJ to take any further action to complete the administrative record, as warranted.

       The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted, therefore, for Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1

Respectfully submitted,

DATE:  October 14, 2021     By  *s/ Georgeana Katherine Roussos*
GEORGEANA KATHERINE ROUSSOS
Attorneys for Plaintiff
[*As authorized by email on October 14, 2021]

STEPHANIE HINDS
Acting United States Attorney

DATE:  October 14, 2021     By  *s/ Jennifer L. Tarn*
JENNIFER L. TARN
Special Assistant United States Attorney
Attorneys for Defendant

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Dated: October 15, 2021

HON. RICHARD SEEBORG
United States District Judge